**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
CHRISTOPHER SCHIRO, individually and on
Behalf of all others similarly situated,
                                        Plaintiff,

                    -against-

CEMEX, S.A.B. DE C.V., CEMEX LATAM
HOLDINGS, S.A., FERNANDO A. GONZALEZ
OLIVIERI, and JOSE ANTONIO GONZALEZ
FLORES,
                                        Defendants.
--------------------------------------------------------------X

DOCUMEN
ELECTRON    LLY FILED
DOC #:
DATE FILED: 2/11/2020

18 **CIVIL** 2352 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 10, 2020, Defendants' motions to dismiss

are granted; the court warned the Plaintiffs in its prior opinion that if it granted a motion to

dismissed the Second Amended Complaint, it would not grant further leave to amend unless

Plaintiffs "provided a detailed indication of what facts they would add to cure the pleading's

defects (and, ideally a redline proposed Third Amended Complaint) with an explanation of why

the amendment would not be futile.: accordingly, this case is dismissed with prejudice and, the

case is closed.

**Dated:**  New York, New York
          February 11, 2020

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

                    BY:

                              **Deputy Clerk**

                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON  2/11/2020